| | |
|---|---|
| tranasn(06/10) | |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| JoAnn L. McDaniel<br>aka JoAnn A. McDaniel, aka JoAnn L McDaniels<br>Debtor(s) | Chapter<br>Case No. | 13<br>1:10−bk−05792−MDF |

## NOTICE OF TRANSFER OF CLAIM

As evidence of a Transfer of Claim No. 7 in the above−captioned case, the transferee, Portfolio Recovery Associates, LLC filed a Transfer of Claim in the clerk's office on 04/18/13.

HSBC Bank Nevada, N.A. is hereby notified that an objection to the transfer must be filed within **twenty−three (23) days** from the date of this notice. If no objections are filed, the transferee shall be substituted for the alleged transferor pursuant to F.R.B.P. 3001(e)(2).

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 18, 2013 |