# Notice Recipients

District/Off: 0314−1     User: BRushow     Date Created: 4/18/2013
Case: 1:10−bk−05792−MDF     Form ID: tranasn     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

3674285     HSBC Bank Nevada, N.A.     by PRA Receivables Management, LLC     PO Box 12907     Norfolk VA 23541

TOTAL: 1